# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3321
LT Case No. 2012-CF-040227-A

_____

REGINAL M. HARDY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Brevard County.
Kathryn Michele Speicher, Judge.

Reginal M. Hardy, Cocoa, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca
Rock McGuigan, Assistant Attorney General, Daytona Beach, for
Appellee.


July 15, 2025


PER CURIAM.

AFFIRMED. *See Finrock v. Fla. Civ. Commitment Ctr.*, 34 So.
3d 777, 778–79 (Fla. 2d DCA 2010) (affirming the denial of
appellant's petition for writ of mandamus "without prejudice to
him exhausting his administrative remedies . . . and then seeking
further relief in the appropriate circuit court if necessary").

JAY, C.J., and MAKAR and LAMBERT, JJ., concur.

––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––